FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAR 25  PM 2:43

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

MWS: USAO2020R00740

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CCB-21-074 |
| v. | * | (False Personation of an Officer or Employee of the United States, 18 U.S.C. § 912; Possession of Fraudulently Made Government Seal, 18 U.S.C. § 506(a)(3); Forfeiture, 18 U.S.C. § 492, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| RENUL BARNET FORBES, a/k/a "Michael Renul," a/k/a "Breion Jones," a/k/a "Bree Jones," | * * * * * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
(False Personation of an
Officer or Employee of the United States)

The Grand Jury for the District of Maryland charges that:

On or about September 26, 2020, in the District of Maryland and elsewhere, the defendant,

**RENUL BARNET FORBES,**
a/k/a "Michael Renul,"
a/k/a "Breion Jones,"
a/k/a "Bree Jones,"

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, to wit; **FORBES** pretended to be an agent and employee of the United States Marshals Service, and while so pretending, acted with the intent to cause a person to follow some course of action and inaction by displaying a United States Marshals Service badge and falsely claiming he was employed by the United States Marshals Service in relation to an investigation being conducted by an Anne Arundel County Police officer, in an effort to avoid identification and prosecution.

18 U.S.C. § 912

## COUNT TWO
### (Possession of Fraudulently Made Government Seal)

The Grand Jury for the District of Maryland charges that:

On or about September 26, 2020, in the District of Maryland and elsewhere, the defendant,

**RENUL BARNET FORBES,**
a/k/a "Michael Renul,"
a/k/a "Breion Jones,"
a/k/a "Bree Jones,"

with fraudulent intent, possessed a fraudulently made, forged and counterfeited seal of a department and agency of the United States and facsimile thereof, namely, a purported United States Marshals Service badge with a United States Marshals Service Seal, purportedly issued by the United States Marshals Service, knowing the same to have been so falsely made, forged and counterfeited.

18 U.S.C. § 506(a)(3)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 492, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) as a result of the defendant's conviction under the offense alleged in Count Two of this Indictment.

2. Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of the offense set forth in Count Two of this Indictment, the defendant,

**RENUL BARNET FORBES,**
a/k/a "Michael Renul,"
a/k/a "Breion Jones,"
a/k/a "Bree Jones,"

shall forfeit to the United States any articles, devices, and other things made, possessed, or used in violation of Chapter 25 of Title 18, United States Code, or any material or apparatus used or fitted or intended to be used, in making of such counterfeits, articles, devices or things, found in the possession of the defendant without authority from the proper officer.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

3

|  |  |
|---|---|
| SIGNATURE REDACTED | *Jonathan F. Lenzner* MWS |
| FOREPERSON | Jonathan F. Lenzner |
|  | Acting United States Attorney |
|  |  |
|  | 3/25/2021 |
|  | Date |